UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GOVINDASWAMY NAGARAJAN,

    Plaintiff,

v.

SAMUEL HARGROVE, et al.,

    Defendants.
_____/

Case No. 3:16-cv-00495
Hon. Denise Page Hood

**ORDER ADOPTING REPORT AND RECOMMENDATION and GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL [#36]**

On March 29, 2018, Magistrate Judge Barbara D. Holmes entered a Report and Recommendation regarding Defendant Tennessee State University's Motion for Partial Dismissal (Docket No. 36). The Magistrate Judge recommends that the Court dismiss Plaintiff's ADEA claims because Defendant Tennessee State University has sovereign immunity on that claim. Neither party filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have

waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly,

**IT IS ORDERED** that the Report and Recommendation [Docket No. 42, filed March 29, 2018] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendant Tennessee State University's Motion for Partial Dismissal [Docket No. 36, filed February 13, 2018] is **GRANTED**.

IT IS ORDERED.

May 1, 2018

s/Denise Page Hood  
DENISE PAGE HOOD  
UNITED STATES DISTRICT JUDGE  
SITTING BY SPECIAL DESIGNATION