IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GOVINDASWAMY NAGARAJAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:20-cv-01074 |
| v. | ) | NO. 3:16-cv-00495 |
| | ) | |
| TENNESSEE STATE UNIVERSITY, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

The Court is in receipt of Plaintiff's Status Reports, (Doc. No. 39 in Case No. 3:20-cv-01074; Doc. No. 120 in Case No. 3:16-cv-00495), requesting that these cases remain pending until his medical condition has improved. Plaintiff's requests for additional time for his medical condition to improve are **GRANTED**. Plaintiff shall file a notice with the Court once his medical condition improves such that he is ready to proceed with his bench trials. Upon receipt of Plaintiff's notice, the Court will schedule a status conference to discuss trial dates. Pending the foregoing, the Clerk is **DIRECTED** to move these cases to the Court's administrative docket.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE